UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 5:21-cr-17-JA-PRL

VALENTINA ESTEBAN-GARCIA

_____/

**REQUEST FOR EVIDENTIARY HEARING ON MOTION TO DISMISS**

**NOW COMES** Defendant, Valentina Esteban-Garcia, by and through undersigned counsel, and requests an evidentiary hearing on his motion to dismiss, under Local Rule 3.01(h).  The Defense suggests a hearing of one day.  However, the Defense notes that similar hearings in other district courts have lasted up to three days.

                                                          A. FITZGERALD HALL, ESQ
                                                          FEDERAL DEFENDER

/s *Samuel E. Landes*
Samuel E. Landes, Esq,
D.C. Bar No. 1552625
400 North Tampa Street, Ste. 2700
Tampa, Florida 33602
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th of September 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to AUSA William S. Hamilton.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender