UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

                            CASE NO. 5:21-cr-17-JA-PRL

v.

VALENTINA ESTEBAN-GARCIA
a/k/a Valentina Garcia
a/k/a Jennifer Sanchez
a/k/a Camila Sanchez-Espinosa

## UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorney, files this unopposed motion seeking an extension of time within which to respond to the motions filed by defense counsel on November 29, 2021.   Doc. 43, 44.   In support of the extension motion, the United States offers the following:

1.      On November 29, 2021, defense counsel filed a motion to supplement the record and withdraw the defense request for an evidentiary hearing.   Doc. 43, 44.   Both motions were in connection to a pending motion filed by defense counsel to dismiss the indictment based on alleged constitutional deficiencies with the statute charged in the Indictment, and

another pending motion requesting an evidentiary hearing, which were both filed on September 17, 2021.   Doc. 19, 21.   Per MDFL Local Rule 3.01(c), the United States has fourteen days to respond to the defendant's motions, with a deadline of December 14, 2021.

2.    The undersigned has experienced family medical circumstances that will necessitate going on leave for an extended period.   While the undersigned will continue to handle docketed cases while on leave (including this matter), the undersigned's ability to do so will be greatly limited for at least a two-week period beginning the week of December 6, 2021. Furthermore, the attachments to the defense motions are hundreds of pages long and will require review by multiple attorneys within the U.S. Attorney's Office.

3.    Based on the matters stated above, the United States would ask that the Court extend the response deadline by approximately three weeks and permit the United States to file its response on January 4, 2022.   This should provide sufficient time for the United States to complete its response and thoroughly review all material provided by defense counsel.

4.    This is the first request for an extension of time by the United States.   This request is not made for purposes of delay, but to ensure that a quality response is filed that will aid the Court in the disposition of the issues

in the motion.   The United States has conferred with Assistant Federal Defender Samuel Landes, who represents that he does not oppose this motion for extension of time.

Accordingly, the United States respectfully requests this extension of time within which to file its response to the defense motions and asks that its response deadline be extended to January 4, 2022.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:     */s/ William S. Hamilton*
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: william.s.hamilton@usdoj.gov

United States v. Esteban-Garcia                    Case No. 5:21-cr-17-JA-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a true and correct copy of the foregoing document and the notice of electronic filing was sent by CM/ECF to the following CM/ECF participants:

Samuel Landes, Esquire.

s/ William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:   (352) 547-3623
E-mail:william.s.hamilton@usdoj.gov

4