# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             CASE NO. 5:21-cr-17-JA-PRL

**VALENTINA ESTEBAN-GARCIA**

## ORDER

This case is before the Court on Defendant Valentina Estaban-Garcia's Motion to Dismiss (Doc. 19). The assigned United States Magistrate Judge has submitted a Report (Doc. 69) recommending that Esteban-Garcia's Motion be denied. Because Esteban-Garcia admitted that an evidentiary hearing would not be needed if the Court allowed her to supplement her Motion to Dismiss with additional exhibits, the Report also recommends that the Court grant Esteban-Garcia's Motion to Supplement (Doc. 43) and deny as moot his Motion for Evidentiary Hearing (Doc. 21). Esteban-Garcia filed an Objection (Doc. 70) to the Report, and the Government filed a Response (Doc. 75) to that Objection.

After reviewing the record in this matter, including Esteban-Garcia's Objection and the Government's Response, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Supplement (Doc. 43) is **GRANTED**.

3. The Motion for Evidentiary Hearing (Doc. 21) is **DENIED as moot**.

4. The Motion to Dismiss (Doc. 19) is **DENIED**.

**DONE** and **ORDERED** on March 17, 2022.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant